BISHOP v. BISHOP.

In re BISHOP.

(No. 6666.)

(Supreme Court, Appellate Division, First Department.   December 24, 1914.)

DIVORCE (§ 221*)—ALLOWANCES—COUNSEL FEES.

The court cannot grant counsel fees after final judgment dissolving the marriage.

[Ed. Note.—For other cases, see Divorce, Cent. Dig. §§ 642, 643; Dec. Dig. § 221.*]

Appeal from Special Term, New York County.

Action by Abigail H. Bishop against James C. Bishop for divorce. From an order granting counsel fees to plaintiff, defendant appeals. Reversed.

See, also, 82 Misc. Rep. 676, 144 N. Y. Supp. 143.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, DOWLING, and HOTCHKISS, JJ.

E. P. Shattuck, of New York City, for appellant.

G. F. Lewis, of New York City, for respondent.

PER CURIAM.   The court had no power to grant counsel fee after a final judgment dissolving the marriage.   See Lake v. Lake, 194 N. Y. 179, 87 N. E. 87.

It follows that so much of the order as is appealed from should be reversed, with $10 costs and disbursements.